# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL No. 17-62 |
| | : | |
| RAHEEM PLEASANT | : | |
| | : | |

## ORDER

This 1st day of November, 2017, in consideration of the pre-trial motions filed by Defendant Raheem Pleasant and the Government, and any responses thereto, it is hereby **ORDERED** that:

- Defendant's Motion to Suppress Physical Evidence (Dkt. 37) is **DENIED**;

- Defendant's Motion to Suppress Out-of-Court Identifications (Dkt. 30) is **DENIED**;

- Defendant's Motion for Pretrial Lineup (Dkt. 29) is **DENIED**;

- Government's Motion to Admit Audio Recordings (Dkt. 17) is **GRANTED**;

- Defendant's Motion to Admit Full Recordings of Prison Phone Calls (Dkt. 38) is **GRANTED**; and

- Government's Motion to Admit Evidence under Rule 404(b) (Dkt. 23) is **DENIED**.

/s/ Gerald Austin McHugh
Gerald Austin McHugh
United States District Judge