# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| | : | **No. 17-62** |
| **v.** | : | |
| | : | |
| **RAHEEM PLEASANT** | : | |
| | : | |

## ORDER

This 5th day of September, 2018, it is hereby **ORDERED** that Defendant's Pro Se Motion to Suppress Cell Site Location Information in Violation of the Fourth Amendment of the United States Constitution (ECF Document No. 83) is **DENIED**.

    /s/ Gerald Austin McHugh
United States District Judge