IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION** |
| | : | No. 17-62 |
| **RAHEEM PLEASANT** | : | |
| | : | |

## ORDER

This 15th day of December, 2020 it is hereby **ORDERED** that Defendant's Motion to Set Aside Sentence (ECF 105) is **DENIED.** There is no basis on which to issue a Certificate of Appealability.

    /s/ Gerald Austin McHugh
United States District Judge

1