# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION** |
| | : | No. 17-62 |
| **RAHEEM PLEASANT** | : | |
| | : | |

# ORDER

This 24th day of February, 2023, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion for Sentence Reduction Under 18 U.S.C. 3582 (c) (1) (A) (Compassionate Release), ECF 114, is **DENIED**.

                                                   s/Gerald Austin McHugh
                                                   United States District Judge