**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL ACTION** |
| | : | **No. 17-62** |
| **RAHEEM PLEASANT** | : | |
| | : | |

## ORDER

This 23rd day of February, 2026, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion for Appointment of Counsel, ECF 119, and Motion for Sentence Reduction Under 18 U.S.C. 3582 (c) (1) (A) ECF 127, are **DENIED**.

/s/Gerald Austin McHugh
United States District Judge